# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KINSTON DEWAYNE KNOX, a/k/a "Hollywood" ) | Case No: 5:03CR4-7 |
| ) | USM No: 19270-058 |
| Date of Previous Judgment: August 9, 2004 ) | Victoria Jayne |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.**   ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 240 to 293 months | Amended Guideline Range: | 240 to 240 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  August 9, 2004,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  December 18, 2009

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

Effective Date: _____
(if different from order date)